NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WIAV SOLUTIONS LLC,**
*Plaintiff-Appellant,*

v.

**MOTOROLA, INC.,**
*Defendant-Appellee,*

**and**

**NOKIA CORPORATION and NOKIA INC.,**
*Defendants-Appellees,*

**and**

**PALM, INC.,**
*Defendant-Appellee,*

**and**

**MINDSPEED TECHNOLOGIES, INC.,**
*Defendant-Appellee,*

**and**

**PERSONAL COMMUNICATIONS DEVICES LLC,
PERSONAL COMMUNICATIONS DEVICES
HOLDINGS, LLC, SONY ERICSSON MOBILE
COMMUNICATIONS AB, SONY ERICSSON
MOBILE COMMUNICATIONS (USA), INC., and
UTSTARCOM, INC.,**
*Defendants.*

2010-1266

Appeal from the United States District Court for the Eastern District of Virginia in case no. 09-CV-0447, Senior Judge Robert E. Payne.

## ON MOTION

## O R D E R

Upon consideration of the joint motion to dismiss certain parties from this appeal due to settlement,

IT IS ORDERED THAT:

The motion is granted to the extent that the revised official caption is reflected above.

FOR THE COURT

JUL 16 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  J. Michael Jakes, Esq.
     Joseph E. Thomas, Esq.
     Frank G. Smith, III, Esq.
     Jonathan E. Retsky, Esq.
     John Lee Newby, II, Esq.
     Thomas R. DeSimone, Esq.
     Kevin P.B. Johnson, Esq.
     Dana D. McDaniel, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 16 2010

JAN HORBALY
CLERK